CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

January 30, 2015

Mr. Joseph Wesley Dauphinot
Dauphinot Law Firm
900 W. Abram St.
Arlington, Texas 76013

RE:     Court of Appeals Number:     05-14-01450-CV
        Trial Court Case Number:      DC-12-14434

Style:  *Patrick Thobe v. The University of Texas Southwestern Medical Center*

Dear Mr. Dauphinot:

The Court has reviewed the clerk's record and has a question concerning its jurisdiction over the appeal. Specifically, it appears the judgment is not final. Generally, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims.

Appellant filed suit against The University of Texas Southwestern Medical Center, Southwestern Medical Foundation, The University of Texas System Medical Foundation, and the Board of Regents of the University of Texas System. Appellant is appealing three orders signed on October 24, 2014 granting the University of Texas Southwestern Medical Center's no-evidence motion for summary judgment, traditional motion for summary judgment, and plea to the jurisdiction. It appears appellant's claims against Southwestern Medical Foundation, The University of Texas System Medical Foundation and the Board of Regents of the University of Texas System remain pending. It appears that appellant filed a notice of nonsuit of its claims against these three defendants on May 22, 2013.[1] A notice of nonsuit is not effective until the trial court signs an order. *See Park Place Hospital v. Estate of Milo*, 909 S.W.2d 508, 510 (Tex. 1999). Thus, it appears appellant's claims against these defendants remain pending.

So that this Court can determine its jurisdiction over the appeal, you are requested to file, by **FEBRUARY 10, 2015** a jurisdictional letter of no more than 3 pages explaining how this Court has jurisdiction over this appeal. Appellee may file a responsive letter brief of no more

---

[1] The notice of nonsuit appears on the trial court's website but is not in the clerk's record filed with this Court.

than 3 pages within 10 days of appellant's brief. No extension of time will be granted. If either party will be relying on information not in the record before this Court, that party must obtain a supplemental clerk's record from the trial court containing that information.

The current deadline for appellant's brief on the merits is suspended. After it has received briefs regarding the jurisdictional issue, the Court will either: (1) order the appeal dismissed for want of jurisdiction; or (2) notify the parties by letter that the Court appears to have jurisdiction over the appeal and the deadline for appellant's brief on the merits. We caution appellant that failure to file a jurisdictional brief by **February 10, 2015** may result in dismissal of the appeal without further notice.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

cc:     Mr. William Deane
        Assistant Attorney General
        P.O. Box 12548
        Capitol Station
        Austin, Texas 78711

LM/rz